IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANNY BERNARD DAVIS,

    Petitioner,

v.                                        CASE NO. 5:11-cv-00384-MP-CJK

PAIGE AUGUSTINE, R A PURDUE,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 4, 2014. (Doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees with the Magistrate Judge that petitioner failed to exhaust administrative remedies and also had the time in question credited to another sentence. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

    2.    The Amended Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 (Doc. 12 ), is DISMISSED WITH PREJUDICE.

    **DONE AND ORDERED** this *7th* day of April, 2014

                                      *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge